# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00093-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                          Plaintiff,     )<br>                                                         )<br>          vs.                                          )<br>                                                         )<br>ORFA MONTIEL,                                )<br>                                                         )<br>                          Defendant.  )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 50].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 50] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as it relates to the Defendant Orfa Montiel only, is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**     Signed: October 24, 2016

Martin Reidinger
United States District Judge